UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAD MEKKES,

    Plaintiff(s),

v.

CHARLES NAGELLE,

    Defendant(s).
                                          /

Case No. 04-72179

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING
MAGISTRATE'S REPORT AND RECOMMENDATION [24]**

      This matter has come before the Court on the Magistrate Judge's March 22, 2005 Report and Recommendation. Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court hereby ACCEPTS and ADOPTS the Magistrate's Report and Recommendation. Accordingly, the Court hereby orders that Defendant's motion for summary judgment is GRANTED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: May 24, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 24, 2005, by electronic and/or ordinary mail.

                s/Carol A. Hemeyer
                Case Manager